**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:25-cr-231 |
| Elliot Figueroa Soto, | ) | |
| | ) | |
| Defendant. | ) | |

On June 4, 2026, Defendant filed a Motion to Direct US Marshal to Allow Evaluations. (Doc. No. 28). According to Defendant, he was endeavoring to arrange for a chemical dependency evaluation with the Prairie Recovery Center, presumably by telephone as he is presently in custody at the McLean County Jail.  He was informed by staff at the McLean County Jail that they have been instructed to refuse evaluation requests by federal detainees unless authorized by the United States Marshals Service ("USMS").  He thereafter contacted the USMS and submitted an evaluation request via email as directed but has yet to receive a response. Averring that his evaluation is a private matter and there is no reason why he should be required to contact the USMS to schedule it, he seeks an order from the court directing the USMS to allow him to participate in a substance abuse evaluation and any physical required as part of that evaluation.

The court appreciates the frustration encountered by Defendant when trying to schedule his telephonic evaluation. The court also appreciates the responsibilities that the USMS has as Defendant's custodian. As Defendant is in USMS custody, the USMS's involvement in the scheduling of Defendant's evaluation is neither surprising nor unreasonable.

Arranging the telephonic evaluation of someone in USMS custody can generally be

accomplished without court involvement. In this instance, there appears to have been a breakdown in communication. To ensure that Defendant can schedule an evaluation, the court **GRANTS** his motion (Doc. No. 28). Defendant shall coordinate with the USMS in scheduling a chemical dependency evaluation.

**IT IS SO ORDERED.**

Dated this 12th day of June, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court